**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ISMAEL PEREZ, JR., | ) | NO. CV 08-04328 RGK (SS) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| J. TILTON, Director, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 18, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE